UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 21-1468 MWF (KS)                                    Date: October 14, 2021

Title        Nelson H. Romero v. County of San Bernardino et al.

c

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

        On August 27, 2021, Plaintiff, a California resident who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint against the County of San Bernardino and multiple individual Defendants in their individual and official capacities ("Complaint").  (Dkt. Nos. 1, 2.)  On September 2, 2021, the Court dismissed the Complaint with leave to amend due to several defects.  The Court directed Plaintiff to file, within 21 days (on or before September 23, 2021), a First Amended Complaint correcting the identified defects. (Dkt. No. 6.)  Three weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since he commenced this action on August 27, 2021.

        Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's September 2, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 4, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's September 2, 2021 Order; or (2) a First Amended Complaint correcting the defects identified by the Court in the original Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  EDCV 21-1468 MWF (KS)                                Date: October 14, 2021

Title     *Nelson H. Romero v. County of San Bernardino et al.*

    Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

    **Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |