# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ROMERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al,<br><br>　　　　Defendants. | NO. EDCV 21-1468-MWF (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the March 30, 2022 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

　　　Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; and (2) Defendant Deputy District Attorney Thomas Perkins is DISMISSED from this action with prejudice.

　　　IT IS SO ORDERED.

DATED: May 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE