UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ROMERO,               )<br>            Plaintiff,             )<br>     v.                                    )<br>                                           )<br>COUNTY OF SAN BERNARDINO,  )<br>et al,                                     )<br>            Defendants.          )<br>_____) | NO. EDCV 21-1468-MWF (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the April 21, 2022 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

/ /

/ /

1

Accordingly, IT IS ORDERED that: (1) the First Amended Complaint is dismissed with leave to amend for failure to comply with Rule 8; (2) Judge Ronald M. Christianson, Judge Donna Gunnell Garza, and Judge J. David Mazurek are dismissed with prejudice; (3) Plaintiff's Eighth Amendment claim is dismissed with prejudice; (4) Plaintiff's Fourth Amendment unlawful search claim as to the Elmwood Rd residence is dismissed with leave to amend; (5) Plaintiff's First Amendment claim is dismissed with prejudice; (6) Plaintiff's claim against the County of San Bernardino in its individual capacity is dismissed with prejudice; and (7) Plaintiff's claim against the County of San Bernardino in its official capacity is dismissed with leave to amend.

If Plaintiff still wishes to pursue this action, he is granted twenty-one (21) days from the date of this Order within which to file a Second Amended Complaint curing the defects identified in the Report.

IT IS SO ORDERED.

DATED: June 24, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE