# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ROMERO, | NO. EDCV 21-1468-MWF (KS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the September 12, 2022 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Second Amended Complaint is DISMISSED in its entirety without leave to amend for failure to comply with Rule 8; (2) Plaintiff's claims against Judge Christianson and Judge Garza are DISMISSED with prejudice; (3) Plaintiff's Second Amendment claim is DISMISSED without leave to amend; (4) Plaintiff's Fifth Amendment claim is DISMISSED without leave to amend; (5) Plaintiff's official capacity claim against G. Miles is DISMISSED without leave to amend; and (6) Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: October 19, 2022

MICHAEL W. FITZGERALD
United States District Judge