JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ROMERO, | NO. EDCV 21-1468-MWF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 19, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1